UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

---------------------------------------------------------------x
ARIANE ROSE VILLARIN, on behalf of )
herself and all others similarly situated, )
                *Plaintiff*, )
  )
      - v -   )   Case No. 1:23-cv-00097-MRB
  )
HEALTH CARE FACILITY MANAGEMENT, )   **STIPULATION**
LLC, d/b/a COMMUNICARE FAMILY OF )
COMPANIES, )
                *Defendant*. )
---------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Ariane Rose Villarin and Defendant Health Care Facility Management, LLC, through their respective counsels, that, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff may amend her Complaint until April 4, 2023, and Defendant will file its responsive pleading on or before April 25, 2023.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals or with electronic signatures.

Dated: March 29, 2023

| THE LAW FIRM OF SHIHAB & ASSOCIATES, CO., LPA | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
|---|---|
| *s/ Ghassan M. Shihab*<br>By: GHASSAN "GUS" M. SHIHAB<br>    OH Bar No. 0061098<br>    65 East State Street, Suite 1550<br>    Columbus, OH 43215<br>    Tel. No. 877-479-4872<br>    Email: gus@shihab.law | *s/ Richard E. Hepp*<br>By: RICHARD E. HEPP<br>    OH Bar No. 0090448<br>    SHANNON HENRY<br>    OH Bar No. 0097969<br>    200 Public Square, Suite 2300<br>    Cleveland, OH 44114-2378<br>    Tel. No. 216-363-4500 |

| | |
|---|---|
| LAW OFFICE OF FELIX VINLUAN | Email: rhepp@beneschlaw.com |
| | shenry@beneschlaw.com |
| *s/ Felix Q. Vinluan* | |
| By: FELIX Q. VINLUAN | *Attorneys for the Defendant* |
| NY Bar No. 2880557 | |
| 6910 Roosevelt Avenue, 2nd Floor | |
| Woodside, NY 11377 | |
| Tel. No. 718-478-4488 | |
| Email: fqvinluan@yahoo.com | |

THE LAW OFFICES OF MAGEN E. KELLAM, P.A.

    *s/ Magen E. Kellam*
By:  MAGEN E. KELLAM
    FL Bar No. 0848611
    808 Wiggins Pass Road, Suite 204
    Naples, FL 34110
    Tel. No. 239-260-4622
    Email: magenk@kellamlegal.com

*Attorneys for the Plaintiff and the Putative
Class and Collective*