# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ARIANE ROSE VILLARIN, on behalf of herself and all others similarly situated,<br>*Plaintiff*,<br><br>v.<br>HEALTHCARE FACILITY MANAGEMENT, LLC, d/b/a COMMUNICARE FAMILY OF COMPANIES, and WORLDWIDE HEALTHSTAFF SOLUTIONS, LLC,<br>*Defendants*. | Case No. 1:23-cv-00097-MRB<br>Judge Michael R. Barrett |

## [PROPOSED] ORDER

**AND NOW**, this ____, day of June, 2024, upon consideration of Defendant WorldWide Healthstaff Solutions, LLC's Unopposed Motion to Extend Time to Respond to Second Amended Complaint, it is hereby **ORDERED** that said Motion is **GRANTED**. The deadline for WorldWide Healthstaff Solutions, LLC to file an answer to the Second Amended Complaint or otherwise respond by motion is extended from June 24, 2024 to July 24, 2024.

_____
Hon. Michael R. Barrett
United States District Court Judge