UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| ARIANE ROSE VILLARIN, on behalf of herself and all others similarly situated,<br><br>        *Plaintiff*,<br><br>       *v.*<br><br>HEALTH CARE FACILITY MANAGEMENT, LLC, d/b/a COMMUNICARE FAMILY OF COMPANIES, and WORLDWIDE HEALTHSTAFF SOLUTIONS, LLC,<br><br>        *Defendants*. | Case No. 1:23-cv-00097-MRB-SKB |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL PRELIMINARY CLASS CERTIFICATION, APPOINTMENT OF CLASS COUNSEL, AND OTHER RELIEF**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Hugh Baran, and the exhibits attached thereto, Plaintiff Ariane Villarin, by and through her undersigned counsel, hereby moves this Court for preliminary settlement approval, preliminary class and collective certification, and additional relief under Federal Rule of Civil Procedure 23 and the Fair Labor Standards Act ("FLSA"). The proposed settlement provides significant monetary and non-monetary relief to class and collective members and is a fair, reasonable, and adequate resolution of this bona fide dispute.

Accordingly, Plaintiff respectfully request that the Court grant Plaintiffs' motion and enter an order (1) provisionally certify the Settlement Class under Rule 23(b)(3), appointing Plaintiff's counsel as Class Counsel, and Plaintiff as Class Representatives; (2) grant preliminary approval of the Rule 23 portion of this Settlement; (3) grant preliminary approval of the FLSA portion of this

1

Settlement; (4) appoint Atticus Administration as Settlement Administrator; and (5) approve the proposed Notices for distribution. A proposed Order is attached here. Defendants do not oppose this Motion.

Dated: New York, New York
February 13, 2026

KATZ BANKS KUMIN LLP
/s/ Hugh Baran
Hugh Baran
NY Bar No. 5560420
Susanna Barron
NY Bar No. 5701560
*Admitted S.D. Ohio pro hac vice*
111 Broadway, Suite 1702
New York, NY 10006
Tel No. (646) 759-4501
Baran@KatzBanks.com
Barron@KatzBanks.com

KAKALEC LAW PLLC
Patricia Kakalec
NY Bar No. 2607695
*Admitted S.D. Ohio pro hac vice*
80 Broad Street, Suite 703
New York, NY 10004
Tel No. (212) 705-8730
Patricia@KakalecLaw.com

THE LAW FIRM OF SHIHAB & ASSOCIATES, CO., LPA
GHASSAN "GUS" M. SHIHAB
OH Bar No. 0061098
65 East State Street, Suite 1550
Columbus, OH 43215
Tel. No. 877-479-4872
Email: gus@shihab.law

TOWARDS JUSTICE
Juno Turner
NY Bar No. 4491890
*Admitted S.D. Ohio pro hac vice*

2

1580 N Logan St.
Ste 660 PMB 44465
Denver, CO 80203
Tel. No.: 720-441-2236
Email: juno@towardsjustice.org

THE LAW OFFICES OF MAGEN E. KELLAM, P.A.
MAGEN E. KELLAM
FL Bar No. 0848611
*Admitted S.D. Ohio pro hac vice*
808 Wiggins Pass Road, Suite 204
Naples, FL 34110
Tel. No. 239-260-4622
Email: magenk@kellamlegal.com

*Attorneys for Plaintiff and the Putative Class and Collective*